# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>FNU YONGKI,</u>
**Petitioner**

V.

CIVIL ACTION
NO. <u>26cv10433-WGY</u>

<u>PATRICIA HYDE ET AL</u>
**Respondents**

## ORDER OF DISMISSAL

**<u>YOUNG D.J.</u>**,

In accordance with the Court's ELECTRONIC ORDER of February 11, 2026, it is hereby ORDERED that this petition is DISMISSED.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk

February 11, 2026